[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12604
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00177-CG-N-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES VINCENT BROWN, JR.,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 17, 2018)

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for James Vincent Brown, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.